# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 06-0393-01 EMC
)
Antonio Reza )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____December 8, 2006,_____ be continued until _____January 17, 2007,_____ at _____9:30 a.m._____ .

Date: 10/23/06

Edward M. Chen
United States Magistrate Judge

NDC-PSR-009 12/06/04